## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

    DK AGGREGATES LLC                                            CASE NO. 10-51823-KMS

    DEBTOR IN POSSESSION                                  CHAPTER 11

### ORDER RESETTING HEARING

This matter came on this date on the Disclosure Statement and Chapter 11 Plan filed by Debtor In Possession (the "Disclosure Statement and Chapter 11 Plan") (Dkt. #149 and #150) and the Court having considered the facts herein, finds that the hearing on July 21, 2011, should be continued and reset.

IT IS, THEREFORE, ORDERED that the hearing on the Disclosure Statement and Chapter 11 Plan hereby is continued and reset for September 1, 2011, at 1:30 P.M., in the U.S. Bankruptcy Courtroom, 7th Floor, Dan M. Russell, Jr., U.S. Courthouse, 2012 15th Street, Gulfport, Mississippi.

SO ORDERED this the 15th day of July, 2011.

*[Signature]*
Katharine M. Samson
United States Bankruptcy Judge

Courtroom Deputy
228-563-1797 (use to advise of settlement)
228-563-1841